175 A.3d 150

**ARMACOST, Mark**

v.

**DAVIS, Reginald J.**

**Pet. Docket No. 330, Sept. Term, 2017**

Court of Appeals of Maryland.

December 18, 2017

Petition for writ of certiorari granted. Transferred to the regular docket as No. 69, Sept.Term, 2017.

175 A.3d 150

**BURNSIDE, Carl Franklin**

v.

**STATE of Maryland**

**Pet. Docket No. 303, Sept. Term, 2017**

Court of Appeals of Maryland.

December 18, 2017

Opinion of the Court of Special Appeals unreported (No. 2182, Sept.Term, 2016).

Petition for writ of certiorari and conditional cross-petition both granted. Transferred to the regular docket as No. 71, Sept.Term, 2017.